for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Neal E. McNeill* and *Seth W. Richardson* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Thomas E. Harris* and *Vernon L. Wilkinson* for respondent.

No. 949. TRAVELERS INSURANCE CO. *v.* WILKINS. May 12, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Francis M. Holt* and *Sam R. Marks* for petitioner. *Mr. Herman Ulmer* for respondent.

No. 951. CANTERBURY ET AL. *v.* BARNHART ET AL.; and No. 952. JAMES *v.* BARNHART ET AL. May 26, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motions for leave to proceed *in forma pauperis,* denied. *Mr. Harvey H. Smith* for petitioners. *Mr. Urban C. Stover* for respondents. Reported below: 117 F. 2d 604.

No. 954. SPRUILL *v.* BALLARD ET AL. May 26, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.*

No. 955. WAGNER *v.* CALIFORNIA ET AL.; and No. 956. MELENDEZ *v.* CALIFORNIA ET AL. May 26, 1941. Petitions for writs of certiorari to the Supreme Court of California, and motions for leave to proceed further *in forma pauperis,* denied. *Ray Wagner* and *George Melendez, pro se.*